UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:19-cv-2977-T-36JSS

UNITED STATES ex rel.
GEORGE MANSOUR,

    Plaintiff/Relator,

v.

FREEDOM HEALTH, INC. and
PHYSICIAN PARTNERS, LLC,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

    Relator George Mansour, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby notices the dismissal of this case without prejudice as to Relator George Mansour and the United States. The United States has advised that it consents to this dismissal pursuant to 31 U.S.C. 3730(b)(1) and will be filing its own papers to confirm that consent.

    Dated: January 11, 2021.

Respectfully submitted,

**MILLER & MARTIN PLLC**

By: s/ Richard C. Rose
Richard C. Rose, TN Bar No. 017544*
Lynzi J. Archibald, TN Bar No. 030063*
832 Georgia Avenue, Suite 1200
Chattanooga, Tennessee 37402-2289
Telephone: (423) 756-6600
Facsimile: (423) 785-8480
Email: Richard.Rose@millermartin.com
Email: Lynzi.Archibald@millermartin.com
*Admitted Pro Hac Vice*

-and-

**WELDON & ROTHMAN, PL**

Bradley P. Rothman, Florida Bar No. 0677345
2548 Northbrooke Plaza Drive
Naples, Florida 34119
Telephone: (239) 262-2141
Facsimile: (239) 262-2342
Email: brothman@weldonrothman.com

*Counsel for Plaintiff-Relator*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record and that paper copies will be sent to those indicated as non-registered participants on January 11, 2021.

                                /s/     *Richard C. Rose*