## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* GEORGE MANSOUR, M.D.,

    Plaintiff,

v.                                      Case No: 8:19-cv-2977-T-36JSS

FREEDOM HEALTH, INC. and
PHYSICIAN PARTNERS, LLC,

    Defendants.
_____/

## ORDER

Before the Court is Relator's Notice of Voluntary Dismissal (Doc. 43) and the Government's Notice of Consent to Voluntary Dismissal (Doc. 44). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Notice of Voluntary Dismissal is **APPROVED** (Doc. 43).

    2)    This cause is dismissed, without prejudice, to the Relator and the United States of America.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on January 12, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record